UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RICHARD CHAMBERS,

        Plaintiff,

vs.

UNION PACIFIC R. R. CO.,

        Defendant.

No. CV-08-287-JLQ

ORDER FOR DISMISSAL AND CLOSING OF FILE

Pursuant to the stipulation of the parties and the Motion For Dismissal (C.R. 16) IT IS HEREBY ORDERED that the Clerk of this court shall enter judgment dismissing the Complaint and the claims therein with prejudice and without costs to either party.

The Clerk shall enter this Order, and judgment, furnish copies to counsel, and close this file.

Dated this 14th day of August, 2009.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1